CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

JUL 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Cascina ca de Lupis, S.r.l.  )
Via Ragazzi del 99, n. 78  )
35013 Cittadella (PD) Italy  )
                             )
              vs   Plaintiff )   Civil
                             )
Corrado Bonino               )   Case: 1:07-cv-01372
7709 Laurel Leaf Drive       )   Assigned To : Walton, Reggie B.
Potomac, MD  7709 et, al.    )   Assign. Date : 7/27/2007
                             )   Description: Contract
              Defendant      )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff, Cascina ca de Lupis, S.r.l.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Cascina ca de Lupis, S.r.l.__ which have any outstanding securities in the hands of the public:

NA

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

470475
BAR IDENTIFICATION NO.

Alex Menendez
Print Name

One Massachusetts Avenue, N.W., Suite 800
Address

Washington, D.C.  20001
City          State          Zip Code

(202) 842-2345
Phone Number

