AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cascina ca de Lupis, S.r.l.
Via Ragazzi del 99, n. 78
35013 Cittadella (PD) Italy

**SUMMONS IN A CIVIL CASE**

V.

Corrado Bonino
7709 Laurel Leaf Drive
Potomac, MD  7709, et al.

CASE N[]

Case: 1:07-cv-01372
Assigned To : Walton, Reggie B.
Assign. Date : 7/27/2007
Description: Contract

TO: (Name and address of Defendant)

Roberto Donna
1110 21st Street, N.W.
c/o Galileo Restaurant
Washington, DC  20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Miller
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C.  20001

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 27 2007

CLERK                                       DATE

_Maureen Higgins_

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cascina ca de Lupis, S.r.l.

vs.

Corrado Bonino, et al.

No. 1:07-CV-01372

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:54 pm on October 3, 2007, I served Roberto Donna c/o Galileo Restaurant at 2250 Crystal Drive, Arlington, Virginia 22202 by serving Roberto Donna, personally.  Described herein:

```
    SEX-    MALE
    AGE-    50
 HEIGHT-    6'0"
   HAIR-    GRAY/BLACK
 WEIGHT-    285
   RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on____10/5/07____
                 Date

_____
DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192016