AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cascina ca de Lupis, S.r.l.
Via Ragazzi del 99, n. 78
35013 Cittadella (PD) Italy

**SUMMONS IN A CIVIL CASE**

V.

Corrado Bonino
7709 Laurel Leaf Drive
Potomac, MD 7709, et. al.

Case: 1:07-cv-01372
Assigned To : Walton, Reggie B.
Assign. Date : 7/27/2007
Description: Contract

TO: (Name and address of Defendant)

Vini, Inc.
Registered Agent: Marcello Dellaccio
4402 Harrison Street, N.W.
Washington, D.C. 20015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Miller
One Massachusetts Avenue, N.W.
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JUL 27 2007
CLERK                            DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cascina ca de Lupis, S.r.l.

vs.

Corrado Bonino, et al.

No. 1:07-CV-01372

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:24 pm on September 24, 2007, I served in accordance with D.C. Code 29-101.12(b), duplicate copies of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the case upon the defendant, Vini, Inc. c/o Marcello Dellaccio, Registered Agent by serving Gina Clearly, Legal Assistant, at DC Superintendent of Corporations, 941 North Capitol Street, NE, Washington, DC 20002, and paid the statutory service fee of $15.00 by check made payable to the D.C. Treasurer.  Ms. Clearly is authorized to accept on behalf of the Superintendent of Corporations, and is described herein:

```
SEX-     FEMALE
AGE-     40
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  150
RACE-    BLACK
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

DANIEL F. PORTNOY
Our File#- 192017

SUBSCRIBED and SWORN to before me this 28th day of Sept., 2007.

Notary Public

My commission expires: 01-14-09

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cascina ca de Lupis, S.r.l.

vs.                                          Case No. 1:07-CV-01372

Corrado Bonino, et al.

### DECLARATION OF REASONABLE DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, Vini, Inc., by serving Marcello Dellaccio, Registered Agent, with the above named process.

That on the 13th day of September, 2007 at 7:13 o'clock a.m., I attempted to serve the defendant, Vini, Inc., by serving Marcello Dellaccio, Registered Agent, at 4402 Harrison Street, NW, Washington, DC 20015. On this occasion, I spoke with the current occupants, John and Anastasia, who stated that they are relatives of Marcello Dellaccio. They informed me that Mr. Dellaccio moved from the location two and a half years ago.

That on the 15th day of September, 2007 at 3:37 o'clock p.m., I attempted another interview at 4402 Harrison Street, NW, Washington, DC 20015. On this occasion, I did not receive an answer at the door.

That on the 17th day of September, 2007 at 7:33 o'clock a.m., I attempted another interview at 4402 Harrison Street, NW, Washington, DC 20015. On this occasion, again, I did not receive an answer at the door.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

FILE
SEP 2 4 2007

DANIEL F. PORTNOY
Private Process Server

Subscribed and Sworn to before me
this 24th day of Sept., 2007.

_Angela H. Closon_
Notary Public
My commission expires: 03-31-09
dil192017.lab