UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CASCINA ca de LUPIS S.r.l ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-1372 |
| v. ) | |
| ) | |
| CORRADO BONINO et al., ) | Judge Reggie B. Walton |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND THE TIME FOR THE DEFENDANT ROBERTO DONNA TO ANSWER OR OTHERWISE PLEAD AN ADDITIONAL 14 DAYS**

The Defendant, Roberto Donna, ("Donna") by his undersigned counsel, and the Plaintiff, Cascina ca de Lupis, by its undersigned counsel, request that the Court enter an order extending the time for Donna to answer or otherwise plead to the Complaint an additional 14 days, or until November 8, 2007. In support of this Motion, the parties state:

1. The Plaintiff filed this case on July 27, 2007.

2. The parties to the Complaint are located in both the United States and Italy.

3. The Plaintiff served Donna on October 3, 3007.

4. Under applicable rules of civil procedure Donna has until October 25, 2007, to answer or otherwise plead

5. Donna has recently retained undersigned counsel to represent him and has just resolved certain conflict issues.

6. The parties agree that extending the time for Donna to file an answer or otherwise plead is appropriate and after consultation counsel for the Plaintiff consents to the relief sought herein.

WHEREFORE, the parties request that the Court enter an order granting Donna an additional 14 days, or through and including November 8, 2007, to answer or otherwise plead to the Complaint.

Dated: October 24, 2007                           Respectfully submitted,

/s/ Michael E. Tucci
Michael E. Tucci, No. 430470
Darrell W. Clark, No. 450273
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036
Tel. (202) 728-9100; Fax. (202) 785-9163
*Attorneys for the Defendant, Roberto Donna*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of October, 2007, a copy of the foregoing Consent Motion To Extend The Time for The Defendant Roberto Donna To Answer Or Otherwise Plead An Additional 14 Days was served via first class mail postage prepaid to the following:

Marc E. Miller
McLeod, Watkinson & Miller
One Massachusetts Avenue, Suite 800
Washington, DC 20001

Jack Meyerson
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103

                              /s/ Michael E. Tucci
                              Michael E. Tucci

DB03/809616.0002/8156689.1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CASCINA ca de LUPIS S.r.l ) | |
| Plaintiff, ) | |
| ) | Case No. 07-1372 |
| v. ) | |
| CORRADO BONINO et al ) | Judge Reggie B. Walton |
| Defendant. ) | |

**ORDER GRANTING CONSENT MOTION AND DEFENDANT, ROBERTO DONNA, AN EXTENSION OF TIME TO FILE ANSWER OR <u>OTHERWISE PLEAD AN ADDITIONAL 14 DAYS</u>**

This matter came before the Court on the Parties' Consent Motion to extend the time for the Defendant, Roberto Donna, to answer or otherwise plead to the Complaint for an additional 14 days. Upon consideration of the motion; it is

**ORDERED** that the Motion is granted and that the Defendant, Roberto Donna's time to answer or otherwise plead is extended through and including November 8, 2007.

Dated: _____                    _____
                                                  Reggie B. Walton
                                                  United States District Judge

Copies to:

Michael Tucci                           Marc E. Miller
Stinson Morrison Hecker LLP             McLeod, Watkinson & Miller
1150 18th Street, NW, Suite 800         One Massachusetts Ave Suite 800
Washington, DC 20036                    Washington D.C. 20001

Jack Meyerson
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103

DB03/809616 0002/8156624.1