**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| Cascina ca de Lupis, S.r.l. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07-cv-01372 |
| ) | Judge Reggie B. Walton |
| v. ) | |
| Corrado Bonino, et. al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE**

Plaintiff, by and through undersigned counsel, and pursuant to Fed. R. of Civ. P. 4(m), files this motion to extend the time for service of Defendants Corrado Bonino and Ena Rita and states the following in support thereof:

1. The Complaint in this action was filed on July 27, 2007.

2. Plaintiff has served Defendants Calita Corporation, Vini, Inc. and Roberto Donna.

3. Plaintiff has made numerous attempts to serve Defendants, Corrado Bonino and Ena Rita, but to date, has been unable to serve Defendants.

4. Plaintiff attempted service at an address thought to be Defendant Corrado Bonino's place of residence. Plaintiff was informed he no longer resided at that address. Plaintiff attempted service at an address thought to be Defendant Ena Rita's place of residence. Plaintiff was informed she no longer resided at that address.

5. Plaintiff further attempted service on Defendant Corrado Bonino at an Italian restaurant in Crystal City, Virginia, where said Defendant frequently visited to conduct business. The owner of the restaurant informed Plaintiff that Defendant Corrado Bonino

relocated to Italy. Because Defendants Corrado Bonino and Ena Rita are married, Plaintiff has reason to believe both Defendants relocated to Italy.

6. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have 120 days to serve Defendants Corrado Bonino and Ena Rita. Fed. R. Civ. P. 4(m). The 120 days will expire on November 26, 2007.

7. Due to the fact that Defendants Corrado Bonino and Ena Rita have relocated to Italy, Plaintiff is required to pursue service under Article 5(a) or 5(b) of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. With respect to this type of service, it takes, on average, five (5) to eight (8) months before proof of service is returned to the applicant.

8. Based on the above stated facts, Plaintiff does not believe he will be able to effectuate service on Defendants Corrado Bonino and Ena Rita by November 26, 2007, the date the 120 days expire.

9. Plaintiff anticipates that it will eventually be successful in serving Defendants Corrado Bonino and Ena Rita and, accordingly, seek an additional two hundred and forty (240) days in which to effectuate service on Defendants Corrado Bonino and Ena Rita.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter an Order granting an additional 240 days to file proof of service of Defendants Corrado Bonino and Ena Rita.

Dated: November 9, 2007

RESPECTFULLY SUBMITTED,

Marc E. Miller, DC Bar # 948372
Alex Menendez, DC Bar # 470475
McLeod, Watkinson & Miller
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20001
(202) 842-2345

Jack Meyerson
MEYERSON & O'NEIL
1700 Market Street, Suite 19103
Philadelphia, PA 19103
Telephone: 215-972-1376
Attorneys for Plaintiff

3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Cascina ca de Lupis, S.r.l. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:07-cv-01372 |
| | ) | Judge Reggie B. Walton |
| v. | ) | |
| Corrado Bonino, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE

Plaintiff, by and through the undersigned counsel, and respectfully refers this Court to the following points of law and authorities in support of Plaintiff's Motion for Extension of Time for Service:

1.  Federal Rule of Civil Procedure 4(m).

2.  Extra time is necessary to follow the guidelines and procedures set forth in Article 5(a) or 5(b) of the *Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters*.

3.  In order to serve Defendants Corrado Bonino and Ena Rita under the *Hague Convention i* t takes approximately five (5) to eight (8) months to complete the service process.

4.  The inherent power of this Court to control its own docket.

Dated: November 9, 2007

RESPECTFULLY SUBMITTED,

/s/

Marc B. Miller, DC Bar # 948372
Alex Menendez, DC Bar # 470475
McLeod, Watkinson & Miller
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20001
(202) 842-2345

Jack Meyerson
MEYERSON & O'NEIL
1700 Market Street, Suite 19103
Philadelphia, PA 19103
Telephone: 215-972-1376

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLUMBIA
Civil Division

| | | |
|---|---|---|
| Cascina ca de Lupis, S.r.l. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:07-cv-01372 |
| | ) | Judge Reggie B. Walton |
| v. | ) | |
| Corrado Bonino, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion for Extension of Time for Service, it is this ___ day of _____, 2007 by the United States District Court for the District of Columbia

**ORDERED**, that Plaintiff's Motion for Extension of Time for Service be and hereby is granted; and it is further

**ORDERED**, that Plaintiff be given an additional two hundred and forty (240) days in which to file proof of service of Defendants Corrado Bonino and Ena Rita.

_____
Judge Reggie B. Walton,
United States District Court District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR SERVICE has been served via ECF upon the following counsel of record:

Michael E. Tucci
STINSON MORRISON HECKER, LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816

Counsel for Defendant Roberto Donna

_____
Alex Menendez