UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Cascina ca de Lupis, S.r.l. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07-cv-01372 |
| ) | Judge Reggie B. Walton |
| v. ) | |
| Corrado Bonino, et. al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT ROBERTO DONNA'S MOTION TO DISMISS**

Plaintiff, Cascina ca de Lupis S.r.l. ("Plaintiff") by and through undersigned counsel, and pursuant to Fed. R. Civ P. 6(b) and Local Rule 7 hereby file this Consent Motion for Enlargement of Time to file a Response to Defendant Roberto Donna's Motion To Dismiss ("Donna Motion") and states the following in support thereof:

1. Defendant Roberto Donna served Plaintiff with the Donna Motion on November 8, 2007.

2. Plaintiff's response to the Donna Motion is currently due on or before November 23, 2007.

3. Lead counsel for the Plaintiff has been out of the country and has been unable to effectively participate in the preparation of a response to the Donna Motion.

4. Based on this fact, Plaintiff is seeking an enlargement of time up to an including December 4, 2007 to file a response to the Donna Motion.

5. To that end, Plaintiff's counsel has obtained the consent of counsel for Defendant Roberto Donna with respect to the relief sought in herein.

## RULE 7-M STATEMENT

Consent for the relief requested herein was sought from counsel for all parties in this matter. Consent was requested and has been obtained.

Dated: November 19, 2007

RESPECTFULLY SUBMITTED,

Marc E. Miller, DC Bar # 948372
Alex Menendez, DC Bar # 470475
McLeod, Watkinson & Miller
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20001
(202) 842-2345

Jack Meyerson
MEYERSON & O'NEIL
1700 Market Street, Suite 19103
Philadelphia, PA 19103
Telephone: 215-972-1376
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Cascina ca de Lupis, S.r.l. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:07-cv-01372 |
| | ) | Judge Reggie B. Walton |
| v. | ) | |
| Corrado Bonino, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT ROBERTO DONNA'S MOTION TO DISMISS

Plaintiff, Cascina ca de Lupis S.r.l., by counsel, and pursuant to Fed. R. Civ P. 6(b) and Local Rule 7 respectfully refers this Court to the following points of law and authorities in support of Plaintiff's Motion For Enlargement of Time to File a Response to Defendant Roberto Donna's Motion to Dismiss:

1. Rule 6 of the Federal Rules of Civil Procedure.
2. The inherent power of this Court to control its own docket.

Dated: November 19, 2007

RESPECTFULLY SUBMITTED,

_____
Marc E. Miller, DC Bar # 948372
Alex Menendez, DC Bar # 470475
McLeod, Watkinson & Miller
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20001
(202) 842-2345

Jack Meyerson
MEYERSON & O'NEIL
1700 Market Street, Suite 19103
Philadelphia, PA 19103
Telephone: 215-972-1376
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| Cascina ca de Lupis, S.r.l. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:07-cv-01372 |
| | ) | Judge Reggie B. Walton |
| v. | ) | |
| Corrado Bonino, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**UPON CONSIDERATION** of the Plaintiff's Consent Motion for Enlargement of Time to File a Response to Defendant Roberto Donna's Motion to Dismiss it is this ___ day of November, 2007 by the United States District Court for the District of Columbia

**ORDERED**, that Plaintiff, Cascina ca de Lupis S.r.l., shall file responses to the Motion to Dismiss filed by Defendant Roberto Donna on or before December 4, 2007.

_____
Judge, United States District Court

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT ROBERTO DONNA'S MOTION TO DISMISS has been served via ECF upon the following counsel of record:

Michael E. Tucci
STINSON MORRISON HECKER, LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816

Alex Menendez
