UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                                        )
CASCINA ca de LUPIS S.r.l                                )
                                                        )
        Plaintiff,                                      )
                                                        )        Civil Action No. 1:07-cv-01372
v.                                                      )
                                                        )
CORRADO BONINO et al.,                                  )        Judge Reggie B. Walton
                                                        )
                                                        )
        Defendant.                                      )
_____)

**CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANT ROBERTO DONNA
TO ANSWER OR OTHERWISE RESPOND**

        Defendant, Roberto Donna, ("Donna"), by his undersigned counsel, and Plaintiff,

Cascina ca de Lupis, by its undersigned counsel, request that the Court enter an order extending

the time for Donna to answer or otherwise respond to the Amended Complaint to January 7,

2008.  In support of this Motion, the parties state:

        1.        Plaintiff filed this case on July 27, 2007.

        2.        Plaintiff served Donna with the Amended Complaint on November 30, 2007.

        3.        Under applicable rules of civil procedure Donna has until December 17, 2007, to

answer or otherwise respond to the Amended Complaint.

        4.        The Amended Complaint raises new claims, which require consultation between

Donna and his counsel.  Consultation by the current deadline will be difficult because of the

impending holidays.  As such, Donna seeks an enlargement of time to answer or otherwise

respond to the Amended Complaint.

        5.        The parties agree that extending the time for Donna to file an answer or otherwise

respond to the Amended Complaint is appropriate, and after consultation, counsel for Plaintiff

consents to the relief sought herein.

WHEREFORE, the parties request that the Court enter an order allowing Donna through and including January 7, 2008, to answer or otherwise respond to the Amended Complaint.


Dated: December 14, 2007                          Respectfully submitted,


                                                  /s/ Jaime S. Dibble
                                                  Michael E. Tucci, No. 430470
                                                  Darrell W. Clark, No. 450273
                                                  Jaime S. Dibble, No. 493079
                                                  Stinson Morrison Hecker LLP
                                                  1150 18th Street, NW
                                                  Suite 800
                                                  Washington, DC 20036
                                                  Tel. (202) 728-9100
                                                  Fax. (202) 785-9163
                                                  *Attorneys for the Defendant, Roberto Donna*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on December 14, 2007, a copy of the foregoing Consent Motion To Extend the Time for the Defendant Roberto Donna to Answer or Otherwise Respond was served by first-class mail, postage pre-paid upon the following:

       Marc E. Miller, Esq.
       Alex Menendez, Esq.
       McLeod, Watkinson & Miller
       One Massachusetts Avenue
       Suite 800
       Washington, DC 20001

       Jack Meyerson, Esq.
       Meyerson & O'Neill
       1700 Market Street
       Suite 3025
       Philadelphia, PA 19103

                   /s/ Jaime S. Dibble
                   Jaime S. Dibble

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                          )
CASCINA ca de LUPIS S.r.l                 )
                                          )
        Plaintiff,                        )
                                          )        Civil Action No. 1:07-cv-01372
v.                                        )
                                          )
CORRADO BONINO et al.,                    )        Judge Reggie B. Walton
                                          )
                                          )
        Defendant.                        )
_____)

## ORDER GRANTING TO EXTEND THE TIME FOR THE DEFENDANT ROBERTO DONNA TO ANSWER OR OTHERWISE RESPOND

This matter came before the Court on the Parties' Consent Motion to extend the time for

Defendant Roberto Donna, to answer or otherwise respond to the Amended Complaint. Upon

consideration of the Motion; it is hereby:

**ORDERED,** that the Motion be, and it hereby is, **GRANTED IN ITS ENTIRETY**; and

it is

**FURTHER ORDERED**, that the time for Defendant Roberto Donna to answer or

otherwise respond to the Amended Complaint is extended through and including January 7,

2008.

Dated: _____        _____
                                               Reggie B. Walton
                                               United States District Judge

Copies to:

Michael Tucci, Esq.
Darrell W. Clark, Esq.
Jaime S. Dibble, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036

Jack Meyerson, Esq.
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103

Marc E. Miller, Esq.
Alex Menendez, Esq.
McLeod, Watkinson & Miller
One Massachusetts Ave Suite 800
Washington D.C. 20001