AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CASCINA CA DE LUPIS, S.r.L.

**SUMMONS IN A CIVIL CASE**

V.

CORRADO BONINO, et al.

CASE NUMBER:    1:07-cv-01372RBW

TO: (Name and address of Defendant)

CORRADO BONINO
7709 Laurel Leaf Drive
Potomac, MD  7709

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Alex Menendez
One Mass Avenue, N.W.
Suite 800
Washington, D.C. 20001
*amended*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

*amended*

NANCY MAYER-WHITTINGTON

DEC 13 2007

CLERK

DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Cascina Ca De Lupis, S.r.L.

vs.

Corrado Bonino, et al.

No. 1:07-CV-01372RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

   That my date of birth / age is 08-30-1976.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 1:43 pm on December 14, 2007, I served Corrado Bonino at Trattoria Bebo, 2250 Crystal Drive, Arlington, Virginia by serving Corrado Bonino, personally.  Described herein:

```
    SEX-   MALE
    AGE-   48
 HEIGHT-   6'2"
   HAIR-   BLACK
 WEIGHT-   240
   RACE-   WHITE
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.


Executed on __12-14-07__
             Date

MICHAEL R. REEDER
1827 18th Street, NW
Washington, DC 20009
Our File#- 198786