UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CASCINA ca de LUPIS S.r.l ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-1372 |
| v. ) | |
| ) | |
| CORRADO BONINO et al., ) | Judge Reggie B. Walton |
| ) | |
| Defendant. ) | |

**CORRADO BONINO'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION, OR IN THE ALTERNATIVE UNDER FEDERAL RULE
OF CIVIL PROCEDURE 12(b)(6)**

Defendant Corrado Bonino ("Bonino"), by his undersigned counsel, moves to dismiss the Amended Complaint for lack of subject matter jurisdiction, or in the alternative, to dismiss the Amended Complaint as to him under Federal Rule of Civil Procedure 12(b)(6). The Amended Complaint should be dismissed because subject matter jurisdiction based on diversity of citizenship does not exist, and it should be dismissed as to Bonino because it fails to state a claim upon which relief may be granted.

With this Motion, Bonino is filing a Memorandum of Law in Support outlining the legal and factual basis for dismissal of the Amended Complaint. For the reasons set forth in the Memorandum of Law, Bonino requests that this Court dismiss the Amended Complaint.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, defendant Bonino respectfully requests that this Court enter an order:

a. Dismissing the Amended Complaint with prejudice based on lack of subject matter jurisdiction;

b. Dismissing the Amended Complaint with prejudice as against Bonino for failure to state a claim upon which relief may be granted; and

c. Granting such other relief as this Court deems just and equitable.

Dated: January 2, 2008     Respectfully submitted,

/s/ Jaime S. Dibble
Michael E. Tucci, No. 430470
Jaime S. Dibble, No. 493079
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036
Tel. (202) 728-9100
Fax. (202) 785-9163
Email: mtucci@stinson.com
Email: dclark@stinson.com
Email: jdibble@stinson.com
*Attorneys for Corrado Bonino*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2008, a copy of the foregoing Motion to Dismiss and Proposed Order were served by first class mail, postage prepaid, upon the following:

Marc E. Miller, Esq.
Alex Menendez, Esq.
McLeod, Watkinson & Miller
One Massachusetts Avenue, Suite 800
Washington, DC 20001

Jack Meyerson, Esq.
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103

                                            /s/ Jaime S. Dibble
                                            Jaime S. Dibble

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CASCINA ca de LUPIS S.r.l ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-1372 |
| v. ) | |
| ) | |
| CORRADO BONINO et al., ) | Judge Reggie B. Walton |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT CORRADO BONINO'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, OR IN THE ALTERNATIVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

This matter came before the Court on Defendant Corrado Bonino's Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative Under Federal Rule of Civil Procedure 12(b)(6), and Memorandum of Law in support thereof. Upon consideration of the Motion and Memorandum, and any opposition thereto, this Court finds that good cause exists to grant the relief requested, and it is hereby:

**ORDERED** that the Motion be, and it hereby is, **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED,** that the Amended Complaint is **DISMISSED WITH PREJUDICE**; and it is

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**FURTHER ORDERED**, that in the event this Court does not dismiss the Amended Complaint in its entirety, the Amended Complaint is dismissed as to Corrado Bonino with prejudice.

Dated:_____                    _____
                                         The Honorable Reggie B. Walton
                                         United States District Court Judge


Copies to:

Michael E. Tucci, Esq.
Jaime S. Dibble, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036

Marc E. Miller, Esq.
Alex Menendez, Esq.
McLeod, Watkinson & Miller
One Massachusetts Avenue, Suite 800
Washington, DC 20001

Jack Meyerson, Esq.
Meyerson & O'Neill
1700 Market Street, Suite 3025
Philadelphia, PA 19103