UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CASCINA CA DE LUPIS, S.r.L.　　:
　　　　　　　　　　　　　　　　　　:　Civil Action No. 1:07-cv-01372
　　　　　Plaintiff　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　CIVIL DIVISION
　　　v.　　　　　　　　　　　　　　:　Judge Reggie B. Walton
　　　　　　　　　　　　　　　　　　:
CORRADO BONINO, et al.　　　　　:
and ENA RITA, CALITA　　　　　　:
CORPORATION, VINI, INC. and　　:
ROBERTO DONNA,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Defendants.

## RULE 41(a) DISMISSAL OF DEFENDANTS ENA RITA AND VINI, INC.

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), hereby files the Notice of Dismissal as to Defendants, Ena Rita and Vini, Inc. only. This Notice of Dismissal is filed before service by these adverse parties of an answer or a Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jack Meyerson, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　ID No.: 16405
　　　　　　　　　　　　　　　　　　　　　　　　MEYERSON & O'NEILL
　　　　　　　　　　　　　　　　　　　　　　　　1700 Market Street, Suite 3025
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　　215-972-1376

　　　　　　　　　　　　　　　　　　　　　　　　Marc E. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　MCLEOD WATKINSON & MILLER
　　　　　　　　　　　　　　　　　　　　　　　　One Massachusetts Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　Ste. 800
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED: January 4, 2008