UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASCINA CA DE LUPIS, S.r.L. : <br> : <br>        Plaintiff      : <br> : <br> v.                   : <br> : <br> CORRADO BONINO, et al. : <br> and ENA RITA, CALITA   : <br> CORPORATION, VINI, INC. and : <br> ROBERTO DONNA,      : <br> : <br>       Defendants. | Civil Action No. 1:07-cv-01372 <br><br> CIVIL DIVISION <br> Judge Reggie B. Walton |

## RULE 41(a) DISMISSAL OF DEFENDANTS ENA RITA AND VINI, INC.

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), hereby files the Notice of Dismissal as to Defendants, Ena Rita and Vini, Inc. only. This Notice of Dismissal is filed before service by these adverse parties of an answer or a Motion for Summary Judgment.

DATED: January 8, 2008

_____
Marc E. Miller, DC Bar # 948372
Alex Menendez, DC Bar # 470475
MCLEOD WATKINSON & MILLER
One Massachusetts Avenue, NW
Ste. 800
Washington, D.C. 20001
Attorneys for Plaintiff

Jack Meyerson, Esq.
ID No.: 16405
MEYERSON & O'NEILL
1700 Market Street, Suite 3025
Philadelphia, PA 19103
215-972-1376